PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Apr 03, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>JAGNINDER SINGH BOPARAI, *et al.*,<br><br>                Defendants. | CASE NO. 2:23-MJ-0050-KJN<br><br>ORDER TO FILE REDACTED COPY OF COMPLAINT |

The government's motion to unseal the above-referenced case, keep the complaint affidavit and certain references regarding victims and uncharged individuals sealed, file a redacted copy of the sealed complaint affidavit, and to provide the sealed complaint affidavit in discovery is GRANTED.

Dated: April 3, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE