PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAGNINDER SINGH BOP ARAI, RAMESH KUMAR BIRLA JR., and SHAMINDERJIT SINGH SANDHU, <br><br> Defendants. | CASE NO. 2:23-CR-0094 DJC <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: November 2, 2023 <br> TIME: 9:00 a.m. <br> COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1. By previous order, this matter was set for status on November 2, 2023. ECF No. 57.

2. By this stipulation, defendants now move to continue the status conference until February 22, 2024, at 9:00 a.m., and to exclude time between November 2, 2023, and February 22, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 35 gigabytes of evidence in electronic form, including: investigative reports and related documents, covertly recorded videos, pictures, and calls; recorded statements by the defendants and other witnesses, and other evidence. Many of the audio recordings are in the Punjabi language. All of this discovery has been either produced directly to counsel and/or made

available for inspection and copying.  Additional discovery is forthcoming.

b) Counsel for defendants desire additional time to consult with their clients, to review the current and forthcoming discovery, to conduct research and investigation related to the current charges, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial. Additionally, Ms. White was recently appointed as new counsel for defendant Birla.  ECF No. 59.  As new counsel, Ms. White needs additional time to prepare.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 2, 2023 to February 22, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 29, 2023                          PHILLIP A. TALBERT
                                                                    United States Attorney

                                                                    /s/ *Adrian T. Kinsella*
                                                                    ADRIAN T. KINSELLA
                                                                    Assistant United States Attorney

Dated:  October 28, 2023                          /s/ *Peter Kmeto*
                                                                    PETER KMETO
                                                                    Counsel for Defendant
                                                                    JAGNINDER SINGH BOPARAI

Dated:  October 27, 2023                          /s/ *Toni White*
                                                                    TONI WHITE
                                                                    Counsel for Defendant
                                                                    RAMESH KUMAR BIRLA JR.

Dated:  October 27, 2023                          /s/ *Erick Guzman*
                                                                    JAI GOHEL
                                                                    ERICK GUZMAN
                                                                    Counsel for Defendant
                                                                    SHAMINDERJIT SINGH SANDHU

## ORDER

IT IS SO FOUND AND ORDERED this 30th day of October, 2023.

                                                                    /s/ Daniel J. Calabretta
                                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                                    UNITED STATES DISTRICT JUDGE