JAI M. GOHEL
Cal. Bar No. 170782
819 Eddy St.
San Francisco Ca, 94109
T: 415-771-6174
jaigohel@rocketmail.com

ERICK L. GUZMAN
Cal. Bar No. 244391
115 4TH St. Suite D
Santa Rosa, California, 95401
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Counsel for Defendant Sandhu

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>JAGNINDER SINGH BOP ARAI,<br>RAMESH KUMAR BIRLA JR., and<br>SHAMINDERJIT SINGH SANDHU,<br><br>      Defendants. | CASE NO. 2:23-CR-0094 DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 22, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1. By previous order, this matter was set for status on February 22, 2024. ECF No. 62.

2. By this stipulation, defendants now move to continue the status conference until April 25, 2024, at 9:00 a.m., and to exclude time between February 22, 2024, and April 25, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

  a) The government has represented that the discovery associated with this case

includes over 35 gigabytes of evidence in electronic form, including: investigative reports and related documents, covertly recorded videos, pictures, and calls; recorded statements by the defendants and other witnesses, and other evidence. Many of the audio recordings are in the Punjabi language. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additional discovery is forthcoming.

        b)     Counsel for defendants desire additional time to consult with their clients, to review the current and forthcoming discovery, to conduct research and investigation related to the current charges, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial. Additionally, counsel for defendant Sandhu recently completed bail litigation.

        c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 22, 2024 to April 25, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

//

IT IS SO STIPULATED.

Dated:  February 20, 2024					PHILLIP A. TALBERT
								United States Attorney


								/s/ *Adrian T. Kinsella*
								ADRIAN T. KINSELLA
								Assistant United States Attorney


Dated:  February 20, 2024					/s/ *Peter Kmeto*
								PETER KMETO
								Counsel for Defendant
								JAGNINDER SINGH BOPARAI


Dated:  February 20, 2024					/s/ *Toni White*
								TONI WHITE
								Counsel for Defendant
								RAMESH KUMAR BIRLA JR.


Dated:  February 20, 2024					/s/ *Jai Gohel*
								JAI GOHEL
								ERICK GUZMAN
								Counsel for Defendant
								SHAMINDERJIT SINGH SANDHU

## ORDER

IT IS SO FOUND AND ORDERED this 21st day of February, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE