PETER KMETO
Attorney at Law
State Bar #78827
PO Box 8789
South Lake Tahoe, CA 96158
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JAGNINDER SINGH BOPARAI,<br>                    Defendant. | CASE NO.  2:23-CR-0094 DJC<br><br>STIPULATION AND ORDER<br>TO CONTINUE SENTENCING HEARING AND<br>SET SENTENCING STATUS HEARING<br><br>CURRENT DATE: May 8, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta<br><br>PROPOSED DATE: August 7, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

## STIPULATION

Defendant: JAGNINDER SINGH BOPARAI, through his attorney, PETER KMETO, Defendant, and the United States of America, through its counsel of record, ADRIAN T. KINSELLA, stipulate and agree to the following:

1. On January 23, 2025 Defendant, JAGNINDER SINGH BOPARAI, plead guilty to count one of Indictment 2:23-cr-0094 DJC, violation of 18 USC §1958 (a) (EFC No. 95).  The matter was referred to US Probation for preparation of a PSR. A PSR has been timely completed and furnished to the Court and both parties.

2. Sentencing of Defendant, JAGNINDER SINGH BOPARAI, is currently set for May 8, 2025 at 9:00 a.m.

3. By this stipulation, the parties agree to continue sentencing and set a Sentencing Status Hearing for August 7, 2025, at 9:00 a.m. Defense counsel for Mr. BOPARAI requests additional time to consult with Mr. BOPARAI, review discovery, conduct investigation and research, and to otherwise prepare for Mr. BOPARAI's eventual sentencing.

IT IS SO STIPULATED.

Dated: April 30, 2025    /s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant US Attorney
for the Government

Dated: April 30, 2025    /s/ PETER KMETO
PETER KMETO
Attorney for Defendant
JAGNINDER SINGH BOPARAI

## ORDER

IT IS SO FOUND AND ORDERED this 30th day of April, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE