ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JAGNINDER SINGH BOPARAI,<br><br>                    Defendant. | CASE NO. 2:23-CR-0094-DJC-1<br><br>STIPULATION REGARDING JOINT REQUEST TO VACATE THE RESTITUTION HEARING CURRENTLY SET FOR NOVEMBER 6, 2025; FINDINGS AND ORDER<br><br>DATE: November 6, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for restitution hearing on November 6, 2025. ECF No. 165.

2. The parties agree and stipulate, and request that the Court find the following:

   a) The defendant pleaded guilty on January 23, 2025, and was sentenced on August 14, 2025. ECF Nos. 95, 164.

   b) At the sentencing hearing, the Court set a restitution hearing at the parties' request.

   c) The parties now agree that a restitution hearing is no longer necessary as to this defendant.

3. By this stipulation, the parties now move to vacate the restitution hearing.

IT IS SO STIPULATED.

Dated: October 31, 2025

ERIC GRANT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: October 31, 2025

/s/ JAN D. KAROWSKY
JAN D. KAROWSKY
Counsel for Defendant
JAGNINDER SINGH BOPARAI

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: October 31, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE